# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-045-JCM-DJA |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| WHITNEY ANN BARNES, | |
| Defendant. | |

This Court finds Whitney Ann Barnes pled guilty to Count One of a One Count Criminal Information charging her with theft of government property in violation of 18 U.S.C. § 641. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Change of Plea, ECF No. 8.

This Court finds Whitney Ann Barnes agreed to the imposition of the in personam criminal forfeiture money judgment of $18,400 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Change of Plea, ECF No. 8.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 641, a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(D), or conspiracy to commit such offense and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

This Court finds that Whitney Ann Barnes shall pay an in personam criminal forfeiture money judgment of $18,400 to the United States of America pursuant to Fed. R.

///

Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Whitney Ann Barnes an in personam criminal forfeiture money judgment of $18,400.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

Dated: April 19, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE