Crane M. Pomerantz, Esq.
Nevada Bar No. 14103
SKLAR WILLIAMS PLLC
410 S. Rampart Blvd., Ste. 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: cpomerantz@sklar-law.com

*Attorneys for Defendant Whitney Barnes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No.: 2:21-cr-00045-JCM-DJA |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| vs. | |
| **Whitney Ann Barnes**, | |
| Defendant. | |

Defendant Whitney Ann Barnes and the United States hereby agree and stipulate, and request an Order from this Court upon such stipulation and agreement, that the sentencing hearing in this matter, currently scheduled for June 9, 2021, should be continued for thirty (30) days, to a day and time convenient to the Court, as follows:

1. On April 24, 2021, Ms. Barnes' appendix burst. She was admitted to the hospital two days later, had surgery on April 27, 2021, and remained hospitalized until approximately May 4, 2021. She is still suffering from digestive issues and high blood pressure, causing weakness and dizziness, and continues to be under the care of a physician.

2. Given her health issues, Ms. Barnes, who lives in Caliente, Nevada, is unable to travel to Las Vegas or appear in court for her sentencing as scheduled. She requests a brief continuance so that she is able to build her strength up and attend her sentencing hearing.

3. Ms. Barnes is not in custody and does not object to this continuance.

4. This is the parties' first stipulation to continue the sentencing hearing. The stipulation between the parties is entered into not for purposes of delay, but to allow Ms. Barnes sufficient time to recover from a medical emergency.

Dated this 2nd day of June, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

/ s / Mina Chang  
———————————————  
MINA CHANG  
Assistant United States Attorney

/ s / Crane Pomerantz  
———————————————  
CRANE M. POMERANTZ  
Nevada Bar No.: 14103  
410 South Rampart Boulevard  
Las Vegas, Nevada 89145

JEREMY ROBBINS  
Special Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **United States of America**, | Case No.:   2:21-cr-00045-JCM-DJA |
| Plaintiff, | **Order** |
| vs. | |
| **Whitney Ann Barnes**, | |
| Defendant. | |

The Court, having considered the above stipulation of the parties, and good cause appearing, finds as follows:

1. On April 24, 2021, Ms. Barnes' appendix burst. She was admitted to the hospital two days later, had surgery on April 27, 2021, and remained hospitalized until approximately May 4, 2021. She is still suffering from digestive issues and high blood pressure, causing weakness and dizziness, and continues to be under the care of a physician.

2. Given her health issues, Ms. Barnes, who lives in Caliente, Nevada, is not able to travel to Las Vegas or appear in court for her sentencing as scheduled. She requests a brief continuance so that she is able to build her strength up and attend her sentencing hearing.

3. Ms. Barnes is not in custody and does not object to this continuance.

. . .

. . .

. . .

. . .

. . .

. . .

4. This is the parties' first stipulation to continue the sentencing hearing. The stipulation between the parties is entered into not for purposes of delay, but to allow Ms. Barnes sufficient time to recover from a medical emergency.

IT IS HEREBY ORDERED that the sentencing hearing in this matter, currently scheduled for June 9, 2021, shall be continued until August 4, 2021 at 11:00 a.m.

IT IS SO ORDERED June 4, 2021.

_____
JAMES C. MAHAN
United States District Court Judge