\_\_\_\_FILED \_\_\_\_RECEIVED
\_\_\_\_ENTERED \_\_\_\_SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 4 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-045-JCM-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| WHITNEY ANN BARNES, | |
| Defendant. | |

This Court found that Whitney Ann Barnes shall pay the in personam criminal forfeiture money judgment of $18,400 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Change of Plea, ECF No. 8; Preliminary Order of Forfeiture, ECF No. 11.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $18,400 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Whitney Ann Barnes the in personam criminal forfeiture money judgment of $18,400 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED Aug. 4, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE