JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WHITNEY ANN BARNES,<br><br>Defendant. | 2:21-CR-045-JCM-DJA<br><br>**Government's Motion to Prevent Foreclosure under 21 U.S.C. § 853(k)** |

The government moves this Court to issue an order to prevent Prestige Default Services, LLC, from proceeding with a mortgage foreclosure sale on 4872 Long Acres Lane, Caliente, NV 89008 (property)[1] scheduled for January 27, 2023. The government is filing this motion contemporaneously with its Motion to Substitute and to Forfeit Property of Whitney Ann Barnes. 21 U.S.C. § 853(k) prohibits Prestige from foreclosing on the property because the government has alleged the property is subject to forfeiture in its Motion to Substitute and Forfeit the property. Pending this Court's decision on the government's Motion to Substitute and Forfeit, this Court should grant this motion and issue the order.

---

[1] THAT PORTION OF GOVERNMENT LOT 4 COMMONLY DESCRIBED AS THE NORTHWEST QUARTER (NW1/4) OF THE NORTHWEST QUARTER (NW1/4) OF SECTION 2, TOWNSHIP 3 SOUTH, RANGE 67 EAST, M.D.B. & M., MORE PARTICULARLY DESCRIBED AS FOLLOWS:

PARCEL 3 OF THAT CERTAIN PARCEL MAP RECORDED OCTOBER 2, 1998 IN THE OFFICE OF THE COUNTY RECORDER OF LINCOLN COUNTY NEVADA IN BOOK B OF PLATS PAGE 154 AS FILE NO. 111670 LINCOLN COUNTY, NEVADA RECORDS, APN: 13-030-32 (property).

This motion is made and is based on the attached Memorandum of Points and Authorities, the pleadings and papers on file herein, and the attached Exhibit.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. STATEMENT OF FACTS**

From at least July 1, 2019, through February 19, 2020, Barnes stole currency and property from the Caliente Post Office when she issued, and later cashed, Post Office money orders that she did not purchase. Barnes and her husband later cashed those money orders. Barnes also stole directly from the Post Office's deposit bag, from her own cash drawer, and from the stamp unit reserve. USPS suffered a loss of $19,859.39 in currency and property. Although Barnes has paid back some of the money, the outstanding loss to USPS is $13,108.10.[2]

Barnes pled guilty to Count One of a One-Count Criminal Information charging her with theft of government property. Barnes agreed to the imposition of the in personam criminal forfeiture money judgment of $18,400 and this Court entered the Final Order of Forfeiture.[3]

The government is filling this motion contemporaneously with its Motion to Substitute and Forfeit Property of Whitney Barnes. The government recently received the Notice of Trustee Sale from Prestige stating a sale date of January 27, 2023, listing the property as being subject to a foreclosure.[4]

**II. ARGUMENT**

**This Court Has Authority to Prevent Prestige from executing a Mortgage Foreclosure Sale of the property Under 21 U.S.C. § 853(k).**

---

[2] Criminal Information (CI), ECF No. 4; Plea Agreement (PA), ECF No. 6; Arraignment and Change of Plea (AP), ECF No. 8; Preliminary Order of Forfeiture (POOF), ECF No. 11; Final Order of Forfeiture (FOOF), ECF No. 21; Criminal Judgment (CJ), ECF No. 22.
[3] *Id.*; for violation of 18 U.S.C. § 641 with forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).
[4] Notice of Trustee's Sale, Exhibit 1, attached hereto and incorporated herein by reference as if fully set forth herein.

When Barnes pleaded guilty to the One-Count Criminal Information charging her with theft of government property, this Court found that, "on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C)."[5] To prevent third parties claiming an interest in forfeitable property from interfering with the orderly conduct of criminal cases, Congress prohibits third parties from commencing actions against the interest of the United States in forfeitable property after an indictment has been filed.[6] If this Court grants the government's contemporaneous Motion to Substitute and Forfeit the subsequently located property, the property would then be forfeitable.

In *MacInnes*, the Ninth Circuit expressly held a foreclosure sale is "an action at law or equity against the United States in contravention of § 853(k)."[7] The mortgage foreclosure sale is statutorily barred.[8] If this Court grants the government's contemporaneous Motion to Substitute and Forfeit the subsequently located property, the foreclosure sale by Prestige would be an action against the United States under 21 U.S.C. § 853(k).

If the foreclosure sale is stayed by this Court, the government will serve Prestige and other interested parties with the Order. The interested parties can then request an ancillary hearing under 21 U.S.C. § 853(n). "Section 853(n) provides the process for vindicating a third party's interests in forfeited property. The law appears settled that an ancillary proceeding constitutes the only avenue for a third party claiming an interest in seized

---

[5] Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C); FOOF, ECF No. 21; CJ, ECF No. 22.
[6] 21 U.S.C. § 853(k).
[7] *United States v. MacInnes*, 223 F. App'x 549, 550, 553-54 (9th Cir. 2007) (per curiam) (citing *United States v. Phillips*, 185 F.3d 183,187-88 (4th Cir. 1999) (holding "the foreclosure action constituted 'an action at law or equity against the United States' and was statutorily barred under § 853(k)" quoting 21 U.S.C. § 853(k)); *United States v. Lazarenko*, 476 F.3d 642, 648 (9th Cir. 2007) (explaining third party cannot bring an action at law or equity) (citing 21 U.S.C. § 853(k)).
[8] *See United States v. Phillips,* 185 F.3d 183,187-88 (4th Cir. 1999) (ellipsis added) (holding "the foreclosure action ... was statutorily barred under § 853(k)"); *In re America Basketball League, Inc.*, 317 B.R. 121, 129 (Bankr. N.D. Cal. 2004) ("Consistent with the plain language of the statute, the case law has uniformly found that § 853(k) imposes an absolute bar to actions that assert an interest in forfeitable property if they are commenced outside of the ancillary proceedings.").

property."[9] Under 21 U.S.C. § 853(c), (k), and (n), a mortgage foreclosure sale against the government's interest in the property is an action against the United States, outside the confines of the exclusive ancillary procedure of § 853(n), and is therefore barred.[10] Accordingly, when a property is identified as forfeitable by this Court, third parties are prohibited from foreclosing on that property.[11] A third party's only recourse is to petition the Court in the process identified in Section § 853(n).[12]

### III. CONCLUSION

The United States identified 4872 Long Acres Lane, Caliente, NV 89008 as a forfeitable property when it filed its Motion for Substitution and Forfeiture contemporaneously with this Motion. This possible mortgage foreclosure sale violates 21 U.S.C. § 853(k) if this Court grants the government's Motion to Substitute and Forfeit. Accordingly, the Court should enter an order prohibiting the foreclosure sale.

Dated: January 19, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Misty L. Dante
MISTY L. DANTE
Assistant United States Attorney

IT IS ~~SO~~ ORDERED

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: January 24, 2023

---

[9] *Lazarenko*, 476 F.3d at 648 (explaining "a court adjudicates a third party's interest in the forfeited property in an ancillary proceeding after concluding the criminal case and entering a preliminary order of forfeiture."); Fed. R. Crim. P. 32.2(b) advisory committee's note (bracket added) ("[T]hird party interests in a criminally forfeited property are litigated by the court in the ancillary proceeding following the conclusion of the criminal case and the entry of a preliminary order of forfeiture."); 21 U.S.C. § 853(n); 18 U.S.C. § 1963(*l*).
[10] *Lazarenko*, 476 F.3d at 646-48, 650, 652; *Phillips*, 185 F.3d at 187-88; footnotes 9-11.
[11] *MacInnes*, 223 F. App'x at 550, 553-54.
[12] *Id.*; see footnote 11-12.

4

**CERTIFICATE OF SERVICE**

On January 19, 2023, I hereby certify that a copy of the foregoing **Government's Motion to Prevent Foreclosure under 21 U.S.C. § 853(k)** was served upon counsel of record via CM/ECF Electronic Filing, and to the following individuals and entities by the stated methods:

*<u>By First Class Mail & Certified Mail with Return Receipt:</u>*

| | |
|---|---|
| David L. Barnes<br>4872 Long Acres Ln.<br>Caliente, NV 89008 | Whitney Ann Barnes<br>4872 Long Acres Ln.<br>Caliente, NV 89008 |
| David L. Barnes<br>3 Long Acres Ln<br>Caliente, NV 89008 | Whitney Ann Barnes<br>3 Long Acres Ln<br>Caliente, NV 89008 |
| Prestige Default Services, LLC<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 | Jeffrey Gregory, Foreclosure Assist.<br>c/o Prestige Default Services, LLC<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 |
| Briana Young, Trustee Sale Officer<br>c/o Prestige Default Services, LLC<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 | Prestige Default Services, LLC<br>c/o CT Corporation System as Registered Agent<br>701 S. Carson St., Suite 200<br>Carson City, NV 89701 |
| Prestige Default Services, LLC<br>c/o Michelle Ghidotti, Officer<br>123 W. Nye Lave, Suite 129<br>Carson, City, NV 89706 | Quicken Loans Inc.<br>c/o CT Corporation System as Registered Agent<br>701 S. Carson St., Suite 200<br>Carson City, NV 89701 |
| WFG National Title Insurance Company<br>c/o Corporation Service Company as Registered Agent<br>112 North Curry Street<br>Carson City, NV 89703 | WFG National Title Insurance Company<br>330 S. Rampart, Suite 350<br>Las Vegas, NV 89145 |
| U.S. Bank Trust National Assoc. as Trustee for BKPL-EG Holding Trust<br>300 Delaware Ave., 9th Floor<br>Wilmington, DE 19801 | Lincoln County Assessor's Office<br>c/o Cydney Dwire, Assessor<br>181 North Main Street, Suite 203<br>Pioche, NV 89043 |
| Lincoln County Recorder/Auditor's Office<br>c/o Amy Elmer, Recorder/Auditor<br>181 North Main Street, Suite 202<br>Pioche, NV 89043 | Lincoln County District Attorney's Office<br>c/o Dylan Frehner, District Attorney<br>181 North Main Street, Suite 205<br>Pioche, NV 89043 |

| | |
|---|---|
| Lincoln County Treasurer<br>c/o Shawn Frehner, Treasurer<br>181 North Main Street, Suite 204<br>Pioche, NV 89043 | Lincoln County Clerk's Office<br>c/o Lisa C. Lloyd, County Clerk<br>181 North Main Street, Suite 201<br>Pioche, NV 89043 |
| Lincoln County Commissioner Office<br>PO Box 90<br>Pioche, NV 89043 | Lincoln County Water District<br>c/o Wade Poulsen, General Manager<br>1005 Main Street<br>Panaca, NV 89042 |

*By First Class Mail:*

| | |
|---|---|
| David L. Barnes<br>PO Box 751<br>Caliente, NV 89008 | Whitney Ann Barnes<br>PO Box 751<br>Caliente, NV 89008 |
| David L. Barnes<br>PO Box 555<br>Caliente, NV 89008 | Whitney Ann Barnes<br>PO Box 555<br>Caliente, NV 89008 |

/s/ *Maritess Recinto*
MARITESS RECINTO
Paralegal Specialist
US Attorney's Office

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WHITNEY ANN BARNES,<br><br>　　　　　Defendant. | 2:21-CR-045-JCM-DJA<br><br>**Index of Exhibit** |

Exhibit 1 ................................................................................. Notice of Trustee's Sale

Exhibit 1 - Notice of Trustee's Sale

Exhibit 1 - Notice of Trustee's Sale

APN: 13-030-32

LINCOLN COUNTY, NV  2022-163555
$37.00
Rec:$37.00  12/21/2022 12:00 PM
WFG NATIONAL TITLE INSURANCE CO   Pgs=3 KC
OFFICIAL RECORD
AMY ELMER, RECORDER

Prestige Default Services, LLC
1920 Old Tustin Ave.
Santa Ana, California 92705

T.S. No.: 22-5834
Loan No.: *******727

The undersigned hereby affirms that there is no Social Security number contained in this document.

## NOTICE OF TRUSTEE'S SALE
## IMPORTANT NOTICE TO PROPERTY OWNER

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 2/18/2003. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

On **1/27/2023** at **11:00 AM**, **Prestige Default Services, LLC**, as duly appointed Trustee WILL SELL AT PUBLIC AUCTION OT THE HIGHEST BIDDER FOR CASH **at the Main entrance to County Courthouse, 181 Main Street, Pioche, Nevada**, all right, title and interest conveyed to and now held by it under and pursuant to Deed of Trust recorded on **2/26/2003** as Instrument No. **119718** in book 170, page 479 , of the official records in the Office of the Recorder of **Lincoln County, Nevada**, executed by **DAVID L. BARNES AND WHITNEY A. BARNES, HUSBAND AND WIFE AS JOINT TENANTS**, as Trustor, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSOR AND ASSIGNS as Beneficiary, all that certain property situated in said County and State, and more commonly described as:
As more fully described in said Deed of Trust

ALL THAT CERTAIN REAL PROPERTY SITUATE IN THE COUNTY OF LINCOLN, STATE OF NEVADA, DESCRIBED AS FOLLOWS:

THAT PORTION OF GOVERNMENT LOT 4 COMMONLY DESCRIBED AS THE NORTHWEST QUARTER (NW1/4) OF THE NORTHWEST QUARTER (NW1/4) OF SECTION 2, TOWNSHIP 3 SOUTH, RANGE 67 EAST, M.B.D. & M., MORE PARTICULARLY DESCRIBED AS FOLLOWS:

PARCEL 3 OF THAT CERTAIN PARCEL MAP RECORDED OCTOBER 2, 1998 IN THE OFFICE OF THE COUNTY RECORDER OF LINCOLN COUNTY NEVADA IN BOOK B OF PLATS PAGE 154 AS FILE NO. 111670 LINCOLN COUNTY, NEVADA RECORDS.

A.P.N.: 13-030-32

The property heretofore described is being sold "as is". The street address and other common designation, if any, of the real property described above is purported to be: **4872 LONG ACRES LN, CALIENTE NEVADA 89008**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown above. Said sale will be made, but without covenant or warranty expressed or implied, regarding title, possession or encumbrances, to pay the remaining unpaid balance of $89,724.63, the obligations secured by the property to be sold and reasonably estimated costs, expenses and advances as of the first publication



date of this Notice of Trustee's Sale. Accrued interest and additional advances, if any, will increase the figure prior to sale. The property offered for sale excludes all funds held on account by the property receiver, if applicable.

Beneficiary's bid at sale may include all or part of said amount. In addition to cash, the Trustee will accept, all payable at time of sale in lawful money of the United States a Cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in the applicable sections of the Nevada Administrative Code and authorized to do business in the State of Nevada, or other such funds acceptable to the Trustee.

The Beneficiary under the Deed of Trust heretofore executed and delivered to the undersigned, a written Declaration of Default and Demand for Sale. The undersigned caused said Notice of Breach and Default and of Election to Cause Sale of Real Property Under Deed of Trust to be recorded in the County where the real property is located and more than three months have elapsed since such recording.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

SALE INFORMATION CAN BE OBTAINED ONLINE AT https://mkconsultantsinc.com/trustees-sales/
FOR AUTOMATED SALES INFORMATION PLEASE CALL: (877) 440-4460

Date: 12-20-22

PRESTIGE DEFAULT SERVICES, LLC
Sale Line: (877) 440-4460

Briana Young, Trustee Sale Officer

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California} ss**
**County of Orange}**

On _____ before me, _____ Notary Public, personally appeared **Briana Young** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____ (Seal)   See Attached

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Orange__ }

On __12/20/2022__ before me, __Merna Wessa, Notary Public__,
  Date                                    Here Insert Name and Title of the Officer
personally appeared __Briana Young__
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

MERNA WESSA
Notary Public - California
Orange County
Commission # 2395476
My Comm. Expires Mar 2, 2026

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
           Signature of Notary Public

Place Notary Seal and/or Stamp Above

―――――――――― OPTIONAL ――――――――――
Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual           ☐ Attorney in Fact
☐ Trustee              ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual           ☐ Attorney in Fact
☐ Trustee              ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association

