# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WHITNEY ANN BARNES,<br><br>　　　　Defendant. | 2:21-CR-045-JCM-DJA<br><br>**Order to Substitute and Forfeit Property of Whitney Ann Barnes** |

　　　　This Court, having read and considered the United States of America's Motion to Substitute and to Forfeit Property of Whitney Ann Barnes, finds:

　　　　The government has met four of the conditions to substitute and to forfeit the property of Whitney Ann Barnes;

　　　　The government is now entitled to, and should, reduce the property to the possession of the United States of America;

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the following assets are substituted and are forfeited to the United States pursuant to Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p)(1)(A) - (p)(1)(D), and (p)(2):

　　　　1.  4872 Long Acres Lane, Caliente, NV 89008 (property).[1]

　　　　This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

---

[1] THAT PORTION OF GOVERNMENT LOT 4 COMMONLY DESCRIBED AS THE NORTHWEST QUARTER (NW1/4) OF THE NORTHWEST QUARTER (NW1/4) OF SECTION 2, TOWNSHIP 3 SOUTH, RANGE 67 EAST, M.D.B. & M., MORE PARTICULARLY DESCRIBED AS FOLLOWS:

PARCEL 3 OF THAT CERTAIN PARCEL MAP RECORDED OCTOBER 2, 1998 IN THE OFFICE OF THE COUNTY RECORDER OF LINCOLN COUNTY NEVADA IN BOOK B OF PLATS PAGE 154 AS FILE NO. 111670 LINCOLN COUNTY, NEVADA RECORDS, APN: 13-030-32.

1   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
2   DECREED that the United States of America should seize the aforementioned property.

3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED when the United
4   States of America has taken custody of the real property and filed with this court notifying
5   it of this action, the Motion to Substitute and to Forfeit and this Order will unseal
6   automatically, allowing the government to serve Whitney Ann Barnes and other
7   individuals or entities that may have an interest in the property;

8   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory
9   rights, ownership rights, and all rights, titles, and interests of Whitney Ann Barnes, in the
10  aforementioned property is forfeited and are vested in the United States of America and
11  shall be safely held by the United States of America until further order of the Court.

12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States
13  of America shall publish for at least thirty (30) consecutive days on the official internet
14  government forfeiture website, www.forfeiture.gov, notice of this Order, which shall
15  describe the forfeited property, state the times under the applicable statute when a petition
16  contesting the forfeiture must be filed, and state the name and contact information for the
17  government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6) and
18  21 U.S.C. § 853(n)(2).

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any
20  individual or entity who claims an interest in the forfeited property must file a petition for a
21  hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21
22  U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury
23  under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent
24  of the petitioner's right, title, or interest in the property, the time and circumstances of the
25  petitioner's acquisition of the right, title or interest in the property, any additional facts
26  supporting the petitioner's claim, and the relief sought.

27  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
28  must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>     Daniel D. Hollingsworth
>     Assistant United States Attorney
>     Misty L. Dante
>     Assistant United States Attorney
>     501 Las Vegas Boulevard South, Suite 1100
>     Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

Dated: __February 9__, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE