JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHITNEY ANN BARNES,<br><br>　　　　Defendant. | 2:21-CR-045-JCM-DJA<br><br>**Motion to Vacate the Order to Prevent Foreclosure under 21 U.S.C. § 853(k), ECF No. 25, and Order** |

　　　The United States respectfully moves this Court to vacate the Order that stayed the foreclosure of Whitney Ann Barnes's Property, ECF No. 25. On February 28, 2023, the undersigned received confirmation that Barnes submitted a check in the amount of $18,400 to the United States Marshals Service.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The amount submitted to USMS is the balance due on Barnes's criminal forfeiture money judgment. The criminal forfeiture money judgment is now paid in full.

Dated: March 7, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

 /s/  Misty L. Dante
MISTY L. DANTE
Assistant United States Attorney

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 8, 2023

# CERTIFICATE OF SERVICE

On March 7, 2023, I hereby certify that a copy of the foregoing **Motion to Vacate the Order to Prevent Foreclosure under 21 U.S.C. § 853(k), ECF No. 25, and Order** was served upon counsel of record via CM/ECF Electronic Filing, and to the following individuals and entities by the stated methods:

*By First Class Mail & Certified Mail with Return Receipt:*

| | |
|---|---|
| Whitney Ann Barnes<br>David L. Barnes<br>4872 Long Acres Ln.<br>Caliente, NV 89008 | Whitney Ann Barnes<br>David L. Barnes<br>PO Box 751<br>Caliente, NV 89008 |
| Clarkson & Associates, LLC.<br>Barry E. Clarkson<br>162 N 400 E, Ste. A-204<br>St. George, Utah 84770<br>bclarkson@clarksonlegal.com<br>*Attorneys for Barnes* | Ghidotti Berger LLP<br>Matt Dayton, Esq.<br>7251 W. Lake Mead Blvd., Suite 470<br>Las Vegas, NV 89128<br>mdayton@ghidottiberger.com |
| Prestige Default Services, LLC<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 | Jeffrey Gregory, Foreclosure Assist.<br>c/o Prestige Default Services, LLC<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 |
| Briana Young, Trustee Sale Officer<br>c/o Prestige Default Services, LLC<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 | Prestige Default Services, LLC<br>c/o CT Corporation System as Registered Agent<br>701 S. Carson St., Suite 200<br>Carson City, NV 89701 |
| WFG National Title Insurance Company<br>c/o Corporation Service Company as Registered Agent<br>112 North Curry Street<br>Carson City, NV 89703 | WFG National Title Insurance Company<br>330 S. Rampart, Suite 350<br>Las Vegas, NV 89145 |
| U.S. Bank Trust National Assoc. as Trustee for BKPL-EG Holding Trust<br>300 Delaware Ave., 9th Floor<br>Wilmington, DE 19801 | Lincoln County Assessor's Office<br>c/o Cydney Dwire, Assessor<br>181 North Main Street, Suite 203<br>Pioche, NV 89043 |
| Lincoln County Recorder/Auditor's Office<br>c/o Amy Elmer, Recorder/Auditor<br>181 North Main Street, Suite 202<br>Pioche, NV 89043 | Lincoln County District Attorney's Office<br>c/o Dylan Frehner, District Attorney<br>181 North Main Street, Suite 205<br>Pioche, NV 89043 |
| Lincoln County Treasurer<br>c/o Shawn Frehner, Treasurer<br>181 North Main Street, Suite 204<br>Pioche, NV 89043 | Lincoln County Clerk's Office<br>c/o Lisa C. Lloyd, County Clerk<br>181 North Main Street, Suite 201<br>Pioche, NV 89043 |

Lincoln County Commissioner Office         Lincoln County Water District
PO Box 90                                  c/o Wade Poulsen, General Manager
Pioche, NV 89043                           1005 Main Street
                                           Panaca, NV 89042

 /s/ *Maritess Recinto*
MARITESS RECINTO
Paralegal Specialist
US Attorney's Office